

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00130-CV

———————————————

IN RE TAYLOR SHELTON, Relator

Original Proceeding
153rd District Court of Tarrant County, Texas
Trial Court No. 153-358-246-24

Before Walker, Birdwell, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered the "Petition for Writ of Mandamus," the "Response to Petition for Writ of Mandamus," and the "Reply Brief in Support of Petition for Writ of Mandamus" and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: May 1, 2025